# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-cr-093 |
| Plaintiff, | : | |
| | | Magistrate Judge Sharon L. Ovington |
| vs. | : | Magistrate Judge Michael J. Newman |
| JUSTIN FANTY, | | |
| | : | |
| Defendant. | | |

## ORDER OF TRANSFER

The above-captioned matter is hereby transferred from the docket of Magistrate Judge Sharon L. Ovington to the docket of Magistrate Judge Michael J. Newman.

July 13, 2012
                                       s/Sharon L. Ovington
                                       Sharon L. Ovington
                                       United States Magistrate Judge


July 13, 2012
                                       Michael J. Newman
                                       United States Magistrate Judge